UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G & G Closed Circuit Events, LLC, | Case No.: 3:18-cv-0081 |
| Plaintiff, | |
| vs. | DISTRICT JUDGE CAMPBELL<br>MAGISTRATE NEWBERN |
| Blanca Ramirez d/b/a Bar y Billar Los Paisanos, | |
| Defendant. | |

## JOINT STIPULATION FOR ENTRY OF JUDGMENT

**COMES NOW**, Plaintiff G & G Closed Circuit Events, LLC and Defendant Blanca Ramirez, and hereby jointly stipulate that a judgment is due to be entered in favor of the Plaintiff and against the Defendant in the amount of $33,750.00

_/s/ B. Ramirez_
Blanca Ramirez
2045 Antioch Pike
Antioch, TN 37013
(615) 578-6195

_/s/ M. Braun_
Michael F Braun
Attorney for the Plaintigff
P O Box 364
Brentwood, TN 37024