IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BLANCA RAMIREZ d/b/a BAR Y )<br>BILLAR LOS PAISANOS, )<br>)<br>Defendant. ) | NO. 3:18-cv-00081<br><br>JUDGE CAMPBELL<br>MAGISTRATE JUDGE NEWBERN |

### ORDER

The parties have filed a Joint Stipulation For Entry Of Judgment (Doc. No. 11), indicating that all matters in dispute in this case have been resolved. Accordingly, judgment is entered against Defendant in the amount of $33,750.00. This action is **DISMISSED**, with prejudice, and the Clerk is directed to close the file.

All pending motions are denied, as moot. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE