# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

G & G Closed Circuit Events, LLC

            Plaintiff,

v.                 Case No.: 3:18−cv−00081

Blanca Ramirez

            Defendant,

## **ENTRY OF JUDGMENT**

  Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 5/25/2018 re [13].

                     Keith Throckmorton, Clerk
                    s/ Megan Gregory, Deputy Clerk